USDC SCAN INDEX SHEET










```
JAH     1/17/06    13:24
3:03-CV-01726    THOMPSON V. SOSA
*206*
*AFDT.*
```

Michael J. Pérez, State Bar No. 151039
Nykia J. Wilson, State Bar No. 224135
PEREZ & WILSON LLP
1420 Kettner Boulevard, Suite 600
San Diego, California 92101
Telephone: 619.702.8044
Facsimile: 619.460.0437
perez@perezwilson.com



FILED

JAN 1 3 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Defendants WILLIAM SOSA and WILLIAM HALL, JR.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RAY THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM SOSA; ROBERT M. SELLERS; WILLIAM HALL, JR.; SYLVIA VARGAS; SANTA FIGUEROA; and I. TABAREZ,<br><br>Defendants. | Case No. 03 CV 1726 IEG (BLM)<br><br>**AFFIDAVIT OF MICHAEL J. PEREZ IN OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER COMPELLING DEFENDANT WILLIAM SOSA TO PRODUCE DISCOVERY PURSUANT TO FRCP 26 AND FRCP 37**<br><br>Date:  January 27, 2006<br>Time:  9:00 a.m.<br><br>Judge:  Hon. Barbara L. Major<br><br>Trial:  None Set |

I, MICHAEL J. PEREZ, declare as follows:

1. I am an attorney duly licensed to practice law before all the courts of this state and the United States District Court for the Southern District of California, and I am an attorney with Pérez & Wilson LLP, counsel of record for defendants William Sosa and William Hall, Jr. (collectively, "Defendants") in this matter. I have personal, first hand knowledge of the facts set forth below, and if called as a witness I could and would competently testify to the information set forth herein.

///

206

1                                                                 Case No. 03 CV 1726 IEG (BLM)

2. Neither I nor anyone at Pérez & Wilson LLP have met-and-conferred with plaintiff Travis Ray Thompson ("Plaintiff") regarding his objections to defendant William Sosa's ("Sergeant Sosa") responses to his discovery requests. Moreover, prior to receiving notice of Plaintiff's motion to compel ("Plaintiff's Motion"), I was unaware that Plaintiff was dissatisfied with Sergeant Sosa's discovery responses as he has never contacted me or anyone at Pérez & Wilson LLP about this issue. Not surprisingly, Plaintiff has contacted us on numerous other occasions regarding a variety of complaints and issues that he has with me, our law firm and this Court. Therefore, I am not aware of any reason why Plaintiff could not have contacted Pérez & Wilson LLP to discuss Sergeant Sosa's discovery responses as he has done so many times in the past with regard to other issues.

3. Sergeant Sosa has suffered undue prejudice as a result of the events surrounding Plaintiff's Motion. For example, Sergeant Sosa has not received Plaintiff's Motion as of mid-day today, January 13, 2006. However, the Proof of Service attached to Plaintiff's 68-page declaration in support of Plaintiff's Motion states that Plaintiff mailed his Motion on December 6, 2006.

4. Pérez & Wilson LLP learned of Plaintiff's Motion on January 9, 2006, when we received the Order Setting Special Briefing Schedule for Plaintiff's Motion to Compel Additional Discovery Responses from Defendant William Sosa on that date.

5. Upon receipt of this Court's Order on January 9, 2006 regarding Plaintiff's Motion, we had no choice but to retrieve Plaintiff's Motion from PACER via the internet. Unfortunately, the U.S. District Court for the Southern District of California charges each party an administrative fee for every page downloaded from PACER, and Sergeant Sosa was forced to incur that cost in this instance.

6. Sergeant Sosa has suffered and continues to suffer undue prejudice due to: Plaintiff's ineffective service of process of his Motion; the very short briefing schedule set by this Court regarding Plaintiff's Motion; the fact that Plaintiff failed to meet-and-confer prior to filing his Motion; and the fact that Plaintiff provided a detailed 68-page declaration in support of his Motion, which included numerous attachments and compound references to various exhibits. As a

///

1  result of the prejudice which Sergeant Sosa has suffered, counsel for Sergeant Sosa has been
2  unable to effectively and fully respond to Plaintiff's Motion.
3       7.   In response to Plaintiff's document demands, Sergeant Sosa has produced all
4  relevant, non-privileged documents in his possession, custody, or control. In addition, in response
5  to Plaintiff's interrogatories and requests for admission, Sergeant Sosa has properly provided good
6  faith responses pursuant to the Federal Rules of Civil Procedure.
7       I declare under penalty of perjury under the laws of the state of California, that the
8  foregoing is true and correct, and that this declaration is executed this 13th day of January, 2006,
9  in the County of San Diego, California.

*/s/ Michael J. Pérez*

Michael J. Pérez

| | |
|---|---|
| 1 | Michael J. Pérez, State Bar No. 151039 |
| 2 | Nykia J. Wilson, State Bar No. 224135<br>PÉREZ & WILSON LLP |
| 3 | 1420 Kettner Boulevard, Suite 600<br>San Diego, California 92101 |
| 4 | Telephone: 619.702.8044<br>Facsimile: 619.460.0437 |
| 5 | perez@perezwilson.com |
| 6 | Attorneys for Defendants WILLIAM SOSA and WILLIAM HALL, JR. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RAY THOMPSON, | Case No. 03 CV 1726 IEG (BLM) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| WILLIAM SOSA; ROBERT M. SELLERS; WILLIAM HALL, JR.; SYLVIA VARGAS; SANTA FIGUEROA; and I. TABAREZ, | |
| Defendants. | |

I, Beverly Papas, declare as follows:

I am employed with the law firm of Pérez & Wilson LLP, whose address is 1420 Kettner Boulevard, Suite 600, San Diego, California 92101. I am over the age of eighteen years, and am not a party to this action.

On January 13, 2006, I served the following:

1. **DEFENDANT WILLIAM SOSA'S OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER COMPELLING DEFENDANT WILLIAM SOSA TO PRODUCE DISCOVERY PURSUANT TO FRCP 26 AND FRCP 37; and**
2. **AFFIDAVIT OF MICHAEL J. PEREZ IN OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER COMPELLING DEFENDANT WILLIAM SOSA TO PRODUCE DISCOVERY PURSUANT TO FRCP 26 AND FRCP 37.**

on the interested parties in this action by:

__XX__  **U. S. MAIL:** I placed a copy in a separate envelope, with postage fully prepaid, for each address named on the service list below for collection and mailing on the below indicated day following the ordinary business practices at Pérez & Wilson LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

_____  **OVERNIGHT MAIL:** I sent a copy via overnight mail, Airbill No. _____.

_____  **OVERNIGHT COURIER SERVICE:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and caused such envelope(s) to be delivered via _____.

_____  **HAND DELIVERY:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and delivered it to Cal Express for personal service.

_____  **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s) indicated below. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

Travis Ray Thompson J76696        Plaintiff in Pro Per
California Correctional Institution
P.O. Box 1906
Tehachapi, CA 93581

_____  **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__  **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this Court.

Executed at the County of San Diego, California on January 13, 2006.

Beverly Papas

2                                                          Case No. 03cv1726 IEG (BLM)